In the Matter of the Claim of ANDREW TRAYNOR, Respondent, against JOHN W. MASURY & SON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed because of errors of the referee in excluding evidence tending to show that the claimant was not within the course of his employment, and matter remitted to the Board for further proof upon this question, with costs against the State Industrial Board to abide the event. All concur.

IRA CHANDLER, Respondent, v. ELIAKIM C. SCHOONMAKER, Appellant.— Judgment and order unanimously affirmed, with costs.

ELLA S. NORTON, Respondent, v. BRYANT W. LANGSTON and Another, Appellants. — Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of WILLIAM J. BASTILLA, Petitioner, for a Certiorari Order against THE BOARD OF POLICE OF THE CITY OF ELMIRA, N. Y., and FRANK P. ROBINSON, as Mayor, and Others, Composing the Board of Police of the City of Elmira, N. Y., Respondents.— Determination unanimously confirmed, with ten dollars costs and disbursements.

HARRY E. RICH, Respondent, v. FRANK W. REDDING, Appellant.— Judgment and order unanimously affirmed, with costs.

RUTH UNDERWOOD, Respondent, v. JOSEPH ZEMAN, JR., Appellant, and WARREN Ross, Respondent.— Judgment and order unanimously affirmed, with costs. Rhodes, J., not sitting.

BERTHA M. FAYLES, Respondent, v. PAUL BARCELOW, Appellant.— Judgment and order unanimously affirmed, with costs.

## THIRD DEPARTMENT, EXTRAORDINARY TERM, OCTOBER 28, 1931.

In the Matter of the Application of WILLIAM COHEN, a Deputy Sheriff, Respondent, to Strike from the Register of Electors of the Town of Kingston, in the County of Ulster and State of New York, the Names of HAZEL BURTON and Others, Appellants, Pursuant to the Provisions of Section 331 of the Election Law.■— Order unanimously affirmed, with ten dollars costs and disbursements, on the ground that the appellants are not voters in the town of Kingston.